**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STRUCTURAL IRON WORKERS ) <br> LOCAL UNION NO. 1 PENSION TRUST ) <br> FUND and STEVE M. BUKOVAC, as ) <br> Administrator, Fund Disbursement Office ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LONNIE DANTZLER, individually and d/b/a/ ) <br> D &B CONSTRUCTION, ) <br> ) <br> Defendant. ) | Case No. 04 C 0722 <br><br> Honorable Robert W. Gettleman |

## STIPULATION OF DISMISSAL

Plaintiffs, STRUCTURAL IRON WORKERS LOCAL UNION NO. 1 PENSION TRUST FUND, and STEVE M. BUKOVAC, as Administrator of the Fund Disbursement Office, and Defendant, , by and through their undersigned attorneys, hereby stipulate and agree that Plaintiffsø Complaint against Lonnie Dantzler, d/b/a D & B Construction is voluntarily dismissed, pursuant to a settlement agreement, as all matters in controversy have been fully compromised and settled.

Respectfully submitted,

Plaintiffs, Structural Iron Workers      Defendant, Lonnie Dantzler, d/b/a
Local Union No. 1 Pension Trust Fund     D&B Construction,
and Steve M. Bukovac,

By:   s/Evan J. Haim                      By:   s/ William E. Jamison Jr.

Patrick E. Deady                                  William E. Jamison
Evan J. Haim                                        815 West Van Buren
Hogan Marren, Ltd.                           Suite 203
180 N. Wacker Drive, Suite 600        Chicago, Illinois 60607
Chicago, Illinois 60606                  (312) 226-8500
(312) 946-1800

## CERTIFICATE OF SERVICE

I, Evan J. Haim, hereby certify that on September 29, 2009, I electronically filed the foregoing document, ***Joint Stipulation for Voluntary Dismissal With Prejudice***, via the CM/ECF system of the United States District Court for the Northern District of Illinois, which will send notification to the following:

>William E. Jamison
>815 West Van Buren
>Suite 203
>Chicago, Illinois 60607
>*Attorney for Lonnie Dantzler, d/b/a D&B Construction*

                                    s/ Evan J. Haim