# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1355 | **DATE** | 10/6/2009 |
| **CASE TITLE** | Union No. 1   vs   D & B Construction | | |

**DOCKET ENTRY TEXT:**

On stipulation, plaintiff's complaint is voluntarily dismissed.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|